UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**MARY JANE DECEMBRINO**<br>　　　　Debtor<br><br>SANTANDER BANK, N.A.<br>　　　　Movant<br>　vs.<br><br>MARY JANE DECEMBRINO<br>JOSEPH DECEMBRINO<br>　　　　Respondents | NO. 17-13300-elf<br>Chapter 13<br><br>MOTION FOR STAY RELIEF<br>133 Sunnyside Lane, Perkasie, PA |

### ORDER

UPON CONSIDERATION of the Motion seeking Stay Relief filed by Santander Bank, N.A. ("Santander Bank"), pursuant to 11 U.S.C. Section 362(d) and 1301(c), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief filed by Santander Bank is hereby GRANTED; and it is further

ORDERED that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby terminated with respect to Santander Bank; and it is further

ORDERED that Santander Bank is entitled to proceed with any and all available state court remedies against Debtor's principal residence known as 133 Sunnyside Lane, Perkasie, Bucks County, Pennsylvania ("Premises").

ORDERED that the fourteen (14) day stay period under Rule 4001(a)(3) is rendered inapplicable and this Order for relief from stay shall take effect immediately upon its execution.

**BY THE COURT:**

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE