IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | | |
|---|---|---|
| IN RE:<br>**MARY JANE DECEMBRINO**<br>   **Debtor**<br><br>SANTANDER BANK, N.A.<br>   Movant<br>vs.<br><br>MARY JANE DECEMBRINO<br>JOSEPH DECEMBRINO<br>   Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 17-13300-elf<br>Chapter 13<br><br>MOTION FOR STAY RELIEF<br>133 Sunnyside Lane, Perkasie, PA<br><br><br><br>Hearing Date: <u>May 22, 2018</u><br>Time: <u>9:30 a.m.</u><br>Courtroom # <u>1</u> |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

  SANTANDER BANK, N.A. ("Santander Bank") has filed a Motion for Relief from the Automatic Stay with the Court seeking to terminate the automatic stay provisions with regard to Santander Bank, and to allow Santander Bank to proceed with state court remedies in a certain property located at 133 Sunnyside Lane, Perkasie, PA.

  <u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

  1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **May 18, 2018** you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

      Bankruptcy Clerk's Office
      Robert N.C. Nix Sr. Federal Courthouse
      900 Market Street, Suite 201
      Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

      Thomas A. Capehart, Esq.
      Gross McGinley, LLP
      33 S. 7th Street, PO Box 4060
      Allentown, PA 18105
      Phone No. 610-820-5450
      Fax No. 610-820-6006

2.  If you or your attorney do not take the steps described in Paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on **May 22, 2018 at 9:30 a.m.** in Courtroom 1, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse; 900 Market Street, Suite 203, Philadelphia, PA 19107.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: May 3, 2018