**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE:                )  | NO. 17-13300-elf |
| **MARY JANE DECEMBRINO**   ) | Chapter 13 |
| **Debtor**         ) | |
|                        ) | MOTION FOR STAY RELIEF |
| SANTANDER BANK, N.A.    ) | 133 Sunnyside Lane, Perkasie, PA |
| Movant         ) | |
| vs.              ) | |
|                        ) | |
| MARY JANE DECEMBRINO    ) | |
| JOSEPH DECEMBRINO       ) | **Hearing Date: March 15, 2022** |
| Respondents    ) | |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF
## FROM AUTOMATIC STAY FILED BY SANTANDER BANK, N.A.

AND NOW, this 1st day of March, 2022, Santander Bank, N.A., hereby requests, to withdraw its Motion for Relief from the Automatic Stay which was filed on February 17, 2022 (Document #49).

Dated:  March 1, 2022                    */s/Kellie Rahl-Heffner, Esquire*
                                         Kellie Rahl-Heffner, Esquire
                                         Attorney for Santander Bank, N.A.
                                         Attorney I.D. No. 200962